IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHNNY STEELE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12-CV-756 |
| | ) | 1:11-CR-191-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on July 31, 2015, was served on the parties. (Doc. 31.) No objections were filed. The Court hereby adopts the Recommendation.

**IT IS THEREFORE ORDERED** that:

1. The petitioner's motion to correct sentence, (Doc. 22), is **GRANTED** as to the sentence, and the sentence set out in the judgment, (Doc. 13), is **VACATED**.

2. This matter is set for resentencing on Tuesday, September 29, 2015, at 9:30 a.m. in Courtroom 3. The defendant remains in custody and the United States Attorney is directed to produce defendant for the resentencing hearing.

3. The Probation Office shall prepare a Supplement to the Presentence Investigation Report at least twenty days before the resentencing hearing.

4. Counsel will be appointed to represent the defendant at the resentencing.

This the 14th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE